UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

MAR 1 4 2011



| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>v.  )<br>  )<br>BRENDA MEZA-RODRIGUES,  )<br>  )<br>Defendant.  )<br>  ) | Case No. CR S-09-0380-10 WBS<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release **Brenda Meza-Rodrigues** in Case  CR S-09-0380-10  WBS from custody for the following reasons:

     \_\_\_    Release on Personal Recognizance

     \_\_\_    Bail Posted in the Sum of _____

     \_\_\_    Unsecured bond

     \_\_\_    Appearance Bond with 10% Deposit

     \_\_\_    Appearance Bond secured by Real Property

     \_\_\_    Corporate Surety Bail Bond

     **X**    (Other) **Defendant sentenced to a term of TIME SERVED.**

Issued at  Sacramento, CA  on  March 14, 2011  at  11:30 a.m.

By  _/s/ William B. Shubb_
William B. Shubb,
United States District Judge

Orig & Copy: USM
Copy to Docketing